IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : NO. 96-336-3 |
| DAMEON BERRY | : |

## **ORDER**

AND NOW, this 18th day of January, 2022, it is hereby ORDERED that Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the First Step Act (Document No. 252) is DENIED.

BY THE COURT:

/s/ Juan R. Sanchez
_____
Juan R. Sanchez,          C.J.